UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TIARE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BELK, INC., <br><br> Defendant. | Civil Action No. 2:21-cv-00302 <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT BELK, INC.'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Rule CV-12, Defendant Belk, Inc. ("Belk") hereby moves for an extension of time to answer or otherwise respond to the Complaint filed by Plaintiff Tiare Technology, Inc. ("Plaintiff").

Plaintiff served the Complaint on Belk on August 9, 2021. Dkt. No. 6. Belk previously applied for a 30-day extension of its deadline to respond to the Complaint, followed by a 15-day extension of its deadline to respond to the Complaint. Dkt. Nos. 7, 8.

Belk now requests an additional 30-day extension of this deadline, up to and including November 15, 2021. Belk respectfully submits that good cause exists for the requested extension. Belk has recently retained new counsel to represent it in this matter. The additional time requested herein will allow its counsel to investigate and respond to the Complaint.

Counsel for Belk has contacted counsel for Plaintiff regarding the requested extension, and Plaintiff does not oppose.

Belk therefore respectfully requests that the Court extend the deadline for Belk to respond to Plaintiff's Complaint, up to and including November 15, 2021.

Dated:   October 13, 2021

Respectfully submitted,

FENWICK & WEST LLP

By: /s/ *Jonathan T. McMichael*
    Jonathan T. McMichael
    1191 Second Avenue, 10th Floor
    Seattle, WA 98101
    Telephone:   206.389.4510
    Facsimile:   206.389.4511
    Email:       jmcmichael@fenwick.com

Attorneys for Defendant
BELK, INC.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that (1) that counsel has complied with the meet and confer requirement in Local Rule CV-7(h); and (2) the above-referenced motion is unopposed.

>  */s/ Jonathan T. McMichael*
> Jonathan T. McMichael

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on October 13, 2021.

> */s/ Jonathan T. McMichael*
> Jonathan T. McMichael